GEORGE S. DUESDIEKER (SBN 95505)
1850 Gateway Drive – 1st Floor
San Mateo, California 94404-2467
Telephone: (650) 513-2149
Fax (913) 523-0647

Attorney for Defendants
Sprint United Management Company
And Sprint PCS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINESE ROBINSON<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT PCS, SPRINT UNITED MANAGEMENT COMPANY, and Docs 1 through 10, inclusive,<br><br>Defendants. | Case No. C05-0626 JSW<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

The parties hereto, through their counsel of record hereby stipulate and agree, that this action be dismissed with prejudice, and that each party bear their own fees and costs.

Dated: August 8, 2005

/s/
George Duesdieker
Attorney for Defendants
Sprint United Management Company and
Sprint PCS.

Dated: August 8, 2005

BOXER & GERSON, LLP

/s/
Leslie F. Levy
Attorneys for Plaintiff – Trinese Robinson

IT IS SO ORDERED.

*Jeffrey S. White*
United States District Judge

Dated: August 9, 2005

**STIPULATION RE: DISMISSAL WITH PREJUDICE AND ORDER THEREON**